UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Weston J. Stow

    v.                                                        Case No. 21-cv-156-JL

Northern NH Correctional Facility, Warden

ORDER

    After due consideration of the objection filed, documents no. 24 through 29, and the Endorsed Order by Magistrate Judge Andrea J. Johnstone, dated August 16, 2021, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated June 15, 2021.  Additionally, finding that the petitioner has failed to make substantial showing of the denial of a constitutional right, the court declines to issue a certificate of appealability.  See 28 U.S.C. § 2253(c)(2); Rule 11, Rules Governing Habeas Corpus Cases Under Section 2254; First Cir. LR 22.0.

                                                        _____
                                                        Joseph N. Laplante
                                                        United States District Judge

Date: August 17, 2021

cc:   Weston J. Stow, pro se